UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER HERNANDEZ,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>RICK HILL,<br><br>　　　　　Respondent. | Case No. 2:21-cv-06614-VAP-PD<br><br>**ORDER ACCEPTING REPORT AND ADOPTING, FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE, AND DENYING CERTIFICATE OF APPEALABILITY** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Exhibits to the Petition, the records on file, the Report and Recommendation of United States Magistrate Judge ("Report"), and the Objections to the Report.  The Court has engaged in a *de novo* review of those portions of the Report to which Petitioner has objected.  The Court accepts the Report and adopts it as its own findings and conclusions.  Accordingly, the Petition is denied and dismissed with prejudice.

　　　　Further, for the reasons stated in the Report and Recommendation, the Court finds that Petitioner has not made a substantial showing of the denial

of a constitutional right and, therefore, a certificate of appealability is denied. *See* 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003).

DATED: April 8, 2022

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE