JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER HERNANDEZ, | Case No. 2:21-cv-06614-VAP-PD |
| Petitioner, | |
| v. | **JUDGMENT** |
| RICK HILL, | |
| Respondent. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: April 8, 2022

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE